UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 19-10459-RWZ-34

UNITED STATES OF AMERICA

v.

SHELTON JOHNSON

## ORDER ON GOVERNMENT'S MOTION FOR DETENTION

December 17, 2019

Boal, M.J.

Defendant Shelton Johnson is charged in an indictment with conspiracy to conduct enterprise affairs through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d). An initial appearance was held before Judge Bowler on December 5, 2019, at which time the government moved for detention pursuant to 18 U.S.C. §§ 3142(f)(1)(E) (defendant has been charged with a felony that is not otherwise a crime of violence that involves the possession or use of a firearm); 3142(f)(2)(A) (risk of flight); and 3142(f)(2)(B) (risk of obstruction of justice). The government filed a written motion and affidavit in support of its request for detention. Docket No. 12.

This Court held a detention hearing on December 13, 2019. The government called FBI Task Force Officer Michael Alvarado and submitted five exhibits into evidence. The defendant cross-examined Alvarado. After careful consideration of the evidence, the parties' arguments at the hearing, the government's written motion and a Pretrial Services report recommending detention, this Court orders the defendant detained pending trial.

1

I.      **ANALYSIS**

   A.      **The Bail Reform Act**

Under the Bail Reform Act, a defendant may only be detained pending trial if the government establishes either by clear and convincing evidence that the person poses a danger to the safety of any other person or the community if released, or by a preponderance of the evidence that the person poses a serious risk of flight.  18 U.S.C. § 3142(f); United States v. Patriarca, 948 F.2d 789, 791-93 (1st Cir. 1991).  If there is some risk, the Court should consider whether a combination of release conditions "will serve as a reasonable guard."  Id. at 791 (citations omitted).

In determining whether suitable release conditions exist, the judicial officer must take into account the following: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the person; (3) the history and characteristics of the accused, including family ties, employment and other factors; and (4) the nature and seriousness of the danger posed by the person's release.  18 U.S.C. § 3142(g).  Each of these factors must be weighed, and the decision on whether to release is an individualized one.  Patriarca, 948 F.2d at 794.

The government bears the burden of persuasion to establish that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community.  United States v. Dillon, 938 F.2d 1412, 1416 (1st Cir. 1991).

   B.      **Nature Of The Offense**

The government alleges that the defendant, along with sixty-one co-defendants, conspired to commit racketeering in furtherance of a violent criminal organization known as the Almighty

Latin King and Queen Nation, or the Latin Kings. The government specifically alleges that Johnson conspired with other Latin Kings members to shoot and kill an individual and participated in a subsequent beating of that same individual.

### C. Defendant's History And Characteristics

Johnson, age 30, was born in Boston, Massachusetts. He has lived with a roommate in Fall River for a few months but was previously homeless.

He is divorced and is in a relationship. He has a son from a previous relationship and a daughter and stepdaughter from another relationship.

The defendant has a high school diploma and attended some pharmaceutical school. He currently works in property maintenance for his roommate and has previously worked as a personal care attendant.

Johnson's criminal record shows convictions for drug offenses, larceny and assault and battery with a dangerous weapon. He is also the subject of two pending state court drug charges. He has a significant substance abuse history.

### D. Risk Of Flight

Johnson is a life-long Massachusetts resident. His mother, sister and daughter live in Massachusetts. He is close to his immediate family.

He does not have a United States passport and has never traveled outside of the country.

The defendant's criminal record shows one default.

### E. Dangerousness

The government alleges that Johnson has been a member of the New Bedford chapter of the Latin Kings for approximately two years. He has been convicted of at least one violent, gang related offense and is alleged here to have attempted to kill someone. The defendant has also

been the subject of five temporary restraining orders taken out by his children's mothers and his sister and two approximately one-year long restraining orders taken out by one of his children's mothers and his sister.

### F. Assessment Of All Factors

Johnson proposed that he be released to an inpatient treatment program and subject to GPS monitoring. However, after carefully evaluating the evidence in light of the criteria for detention set forth in 18 U.S.C. § 3142, this Court finds that the government has met its burden regarding detention. Johnson has a violent criminal history and the government presented evidence of gang membership. In addition, he faces a potentially lengthy sentence if convicted in this case. In light of this, as well as the nature of the crime charged, this Court finds that no condition or combination of conditions of release will reasonably assure the appearance of the defendant as required and the safety of the community.

### ORDER OF DETENTION

In accordance with the foregoing memorandum, IT IS ORDERED that:

1. Shelton Johnson be committed to the custody of the Attorney General or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Shelton Johnson be afforded a reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Shelton Johnson is detained and confined shall deliver him to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

## RIGHT OF APPEAL

THE PERSON DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

    /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge