UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            v.<br><br>**SHELTON JOHNSON,**<br>                        Defendant. | No. 19-10459-RWZ |

### SHELTON JOHNSON'S MOTION FOR RELEASE ON BAIL BASED UPON CHANGE OF CIRCUMSTANCES (COVID-19)

Now Comes defendant, Shelton Johnson, who moves this Court to release Mr. Johnson on conditions to his sister's residence in Springfield, MA based upon changed circumstances. See 18 U.S.C. § 3142 and the Eighth Amendment to the United States Constitution. In support of his Motion, defendant states the following:

1. Mr. Johnson was arrested on December 6, 2019 and ordered detained on December17, 2019. A detention hearing was held on December 13th and Mr. Johnson was interviewed on or about December 9th. A major complication for Mr. Johnson was his lack of a longterm residence and family that could offer housing for him.

2. Recently, his sister, Janell Johnson, has offered her apartment in Springfield for Mr. Johnson if he is released. Counsel has provided U.S. Probation with Janell Johnson's information so they can perform their due diligence for the Court.

3. This Court previously releasing Mr. Johnson, but when no viable housing option was offered, the Court entered an order of detention. Defendant

believes that the apartment in Springfield addresses any concerns that the Court had that resulted in it's finding that no conditions of release would protect the public.  The fact that Mr. Johnson has never lived and has no contacts in Springfield is important as this residence will separate him from his past negative influences.  He is unlikely to reconnect with the people in his life that destabilized his life and unlikely to engage in offensive conduct while in Springfield.

4.  Obviously, CVID 19 is a significant change in circumstances also.  This court is evaluating many defendant's in his and other cases to determine if the possible dangers of release of some inmates outweighs the impact COVID 19 will have on them and the prison system once it begins to infect prisoners.  While Mr. Johnson is not in the high risk population for severe symptoms from COVID 19,  this virus can kill anyone regardless of age or pre-existing conditions.  The question of whether someone suffers severe symptoms is merely a statistical question.  Mr. Johnson is still in danger simply because he is in prison.

**Release Based Upon Change in Conditions is warranted:**
**COVID-19 Virus Spreads**

5.  This virus has been spreading quickly in Massachusetts: from 4,257 confirmed cases and 44 deaths on March 28, 2020 to over 25,000 infections and approximately 756 deaths by April 13th.   WBUR (March 29, 2020) at https://www.wbur.org/coronavirus  and WBUR (April 13, 2020) at https://www.wbur.org/commonhealth/2020/03/09/coronavirus-cases-massachusetts-map

2

6. The virus is starting to infiltrate the U.S. prison system[1] which is ill prepared to protect prisoners from infections, both because of supply problems with protective gear and the very nature of prison systems as breeding grounds for bacteria and disease.[2] See Below Discussion. The infection and death rates will increase exponentially both in and out of the prison systems.[3]

7. The experts and other experiences corroborate the fact that prison populations are at a higher risk for high velocity spread of COVID-19 not only because of prison conditions generally,[4] but also because of low supplies of protective gear for guards and other prison personnel.[5] The reason for this shortage of equipment is multi-factorial but clearly caused by the deliberate indifference or negligence of the federal government as it failed collectively to

---

[1] The BOP has reported on April 12, 2020 that 352 inmates and 189 staff members have been infected by COVID 19 with ten prisoner deaths. See https://www.bop.gov/coronavirus/index.jsp On March 29th there were 19 infected prisoners. See https://bostondefender.org/for-cja/covid19-docs/correctional-institutions/ The increase has been and will continue to sharply rise.

[2] See Affiavit of Dr. Danielle C. Ompad date March 20, 2020 and attached hereto as Exhibit 4. (Filed in *United States v. Vargas*, 19 CR 104590, U.S.D.C. MA 2019)

[3] https://www.masslive.com/coronavirus/2020/03/coronavirus-pandemic-as-covid-19-illnesses-spread-to-us-the-death-rate-is-growing-and-doing-so-exponentially.html

[4] See Affidavit of Dr. Ompad attached as Exhibit 4

[5] *Locked Up: No Masks, Sanitizer as Virus Spreads Behind Bars*, Milford Daily News (March 29, 2020)(expose on NY Rikers Island jail) and *Some Mass. Prisoners Are Being Released In response to The Corona Virus*, New England Public Radio (March 25, 2020) at https://www.nepr.net/post/some-mass-prisoners-are-being-released-response-coronavirus-outbreak#stream/0

adequately prepare for the spread of this disease.[6] The failure to manufacture or order sufficient testing equipment, personal protective gear (N-95 masks, gloves, etc.)[7] and ventilators[8] by all the above shows both inept management of this

---

[6] *The Lost Month: How a Failure to test Blinded the U.S. to COVD-19*, NY Times (March 28, 2020) at https://www.nytimes.com/2020/03/28/us/testing-coronavirus-pandemic.html the federal government task force empowered to deal with the virus typically spent 5 or 10 minutes on the subject of testing in U.S. while focused, instead, for hours on subjects such as evacuating embassies in China, which "squandered its best chance of containing the virus's spread." As a result of poor leadership on the federal level, large scale testing was not done in the U.S. between "late January and March" despite evidence of the diseases ferocious spread throughout the world.  At the start of February, "when his government could have rallied, the president was distracted by impeachment and dismissive of the threat to the public's health or the nation's economy. By the end of the month, Mr. Trump claimed the virus was about to dissipate in the United States, saying: "It's going to disappear. One day — it's like a miracle — it will disappear.'" *Ibid*.

[7] *Why America Ran Out of Protective Masks-and What Can be Done About It*, Vox (March 27, 2020) at https://www.vox.com/policy-and-politics/2020/3/27/21194402/coronavirus-masks-n95-respirators-personal-protective-equipment-ppe (federal government should have prepared for this months if not years ago as lack of masks undermine both the health care industry's ability to treat patients but risks a greater spread of the disease as health care providers get sick)  and Shortage of Protective Equipment at Hospitals…, Boston Globe (March 19, 2020) at https://www.bostonglobe.com/2020/03/20/metro/shortage-protective-equipment-hospitals-threatens-health-care-providers-numbers-admitted-patients-rise/ The lack of masks in the health care system translates into a greater dearth of protective equipment for first responders and in the prison system. *Gov baker Frustrated with lack of Personal Protection Equipment in Massachusetts*, WCBV 5 (March 26, 2020, Video) at https://www.wcvb.com/article/gov-charlie-baker-frustrated-with-lack-of-personal-protection-equipment-in-massachusetts/31947248

[8] "In at least 10 government reports from 2003 to 2015, federal officials predicted the United States would experience a critical lack of ventilators and other lifesaving medical supplies if it faced a viral outbreak like the one currently sweeping the country." *Federal Officials Repeatedly Warned That US Hospitals Lacked Enough Ventilators*, CNN Investigates (March 27, 2020) at https://www.cnn.com/2020/03/27/cnn10/ventilators-supply-government-warnings-coronavirus-invs/index.html; *What the Ventilator Shortage Means*,

4

epidemic and deliberate indifference or negligence toward the whole of society and the prison population, which these entities have a duty to protect.

**Analysis and Balancing Test**

8. The Court has a duty to balance the risks presented by release with those faced by the inmate's continued detention. See *United States v. Cordero Caraballo*, 185 F. Supp. 2d 143, 146 (D.P.R. 2002) (non COVID-19 case: defendant charged with assaulting and attempting to kill federal agent released to custody of his relatives because "[n]otwithstanding the defendant's apparent dangerousness in this case, his present condition is indeed grave and can deteriorate if not carefully treated. At present, the Bureau of Prisons cannot provide the necessary medical care defendant requires.") See also *In re Manrigue*, 2020 WL 1307109 (N.D. Cal. Mar. 19, 2020) ("The risk that this vulnerable person will contract COVID-19 while in jail is a special circumstance that warrants bail."); *United States v. Stephens*, 2020 WL 1295155 (S.D.N.Y. Mar. 19, 2020) (granting release based on the "unprecedented and extraordinarily dangerous nature of the COVID-19 pandemic" which places inmates, in particular, at "heightened risk")

13. When the Court balances the health risks of continued detention against the minimal danger that Mr. Johnson poses to the general population, his release is warranted especially given the availability of housing in Springfield. As discussed above, this residence will separate hi from his prior activities, which were not nearly of severe as some of his codefendants.

---

CNBC (March 27, 2020) at https://www.cnbc.com/2020/03/27/what-ventilator-shortage-means-in-us-fight-against-the-coronavirus.html

15.  Therefore, pursuant to 18 U.S.C § 3142, defendant moves this Court to release him on the same conditions: of release previously in place.

## DISCUSSION AND OVERVIEW OF COVID-19

I . **COVID-19 is a National Crisis Without Precedent in our Lifetime**

The COVID-19 (virus) pandemic is spreading across the United States As of March 18, 2020, COVID-19, had infected over 211,200 people worldwide, leading to at least 8,822 deaths, and 147 deaths in the United States.[9] By March 27, 2020 that number increased to 540,000 world wide with 85,000 in the United States and at least 1200 deaths.[10] Three days later, infections increased to 123,000 and deaths to 2100 in the United States alone.[11] As of April 13, 2020, the United States has 558,526 confirmed infections and well over 20,000 deaths while thw worls was reaching 1.9 million infections and 116,000 deaths.  John Hopkins University, https://gisanddata.maps.arcgis.com/apps/opsdashboard/index.html#/bda7594740fd40299423467b48e9ecf6

While the President has declared a national emergency,[12] our country is still behind the curve on community testing, and we do not know the true extent

---

[9] *Coronavirus Map: Tracking the Spread of the Outbreak*, N.Y. Times (March 18, 2020), https://nyti.ms/2U4kmud (updated regularly).

[10] *The Corona Virus Outbreak*, N.Y. Times (March 27, 2020) https://www.nytimes.com/2020/03/27/world/coronavirus-news.html

[11] CDC (March 29, 2020) at https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html

[12] Taylor Telford, *U.S. markets surge as massive economic stimulus plan takes shape to offset coronavirus*, Wash. Post, (March 18, 2020) , https://www.washingtonpost.com/business/2020/03/17/us-stock-markets-today-fed-funds/.

6

of community spread.[13] Because of the virus' long latency period, studies show that "stealth" transmission by infected persons with low or no symptoms has played a "major role" in the pandemic.[14] New data published in the New England Journal of Medicine recently found that the highly-contagious "virus can remain viable and infectious in aerosols for hours and on surfaces up to days."[15] The White House has advised the public to avoid gathering in groups of more than 10 people.[16] Governor Baker has declared a public health emergency and issued a Stay at Home Advisory in Massachusetts.[17]

## II. COVID-19 Presents an Even Worse Threat in High-Risk Settings like Jails

While the prisons are attempting to implement procedures to mitigate the spread of COVID-19, this will only delay the spread given the congested and confined nature of these institutions. Congregate settings such as jails and

---

[13] Sheri Fink, *'It's Just Everywhere Already': How Delays in Testing Set Back the U.S. Coronavirus Response*, N.Y. Times, (March 10, 2020), https://www.nytimes.com/2020/03/10/us/coronavirus-testing-delays.html.

[14] Melissa Healy, *How 'silent spreaders' are fueling the coronavirus pandemic*, L..A. Times (March 17, 2020), https://www.latimes.com/science/story/2020-03-17/how-silent-spreaders-are-fueling-the-coronavirus-pandemic; CDC Emerging Infectious Diseases, *Indirect Virus Transmission in Cluster of COVID-19 Cases, Wenzhou, China, 2020,* (March 12, 2020), https://wwwnc.cdc.gov/eid/article/26/6/20-0412_article ("persons with asymptomatic COVID-19 can spread the virus").

[15] Neeltje van Doremalen, et. al, *Aerosol and Surface Stability of SARS-CoV-2 as Compared with SARS-CoV-1*, New England J. Med., (March 17, 2020), nejm.org/doi/10.1056/NEJMc2004973.

[16] Kevin Liptak, *White House advises public to avoid groups of more than 10*, CNN, (March 16, 2020), https://www.cnn.com/2020/03/16/politics/white-house-guidelines-coronavirus/index.html.

[17] See https://www.boston25news.com/news/local/gov-charlie-baker-issues-statewide-stay-at-home-advisory/E7PA7OI2MJB2DPKVWK3ZWKWIBU/

prisons allow for rapid spread of infectious diseases that are transmitted person to person, especially those passed by droplets through coughing and sneezing. In prison people are confined in close proximity to one another and to the staff. When people must share sleeping areas, dining halls, bathrooms, showers and other common areas, the opportunities for transmission are greater.

The available evidence indicates that the virus may remain on surfaces for up to three days. *See* Neeljte van Doremalen, et. al., *Aerosol and Surface Stability of SARS-CoV2 as Compared with SARS-COV-1*, New England Journal of Medicine (Mar. 17, 2020) ("SARS-CoV-2 was more stable on plastic and stainless steel than on copper and cardboard, and viable virus was detected up to 72 hours after application to these surfaces (Figure 1A)…").[18] In addition, there are reduced opportunities to apply necessary hygiene measures, as jails and prisons are often under resourced and ill-equipped.

Compounding the problem, many people who are incarcerated also have chronic underlying health conditions, like asthma, diabetes, hypertension or HIV, that place them at elevated risk for contracting serious COVID-19. Incarcerated people have poorer health than the general population, and even at the best of times, medical care is limited in federal pretrial detention centers.[19]

---

[18] Available at https://www.nejm.org/doi/10.1056/NEJMc2004973.

[19] Laura M. Maruschak et al. (2015). Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12. NCJ 248491. Washington, D.C.: U.S. Department of Justice, Bureau of Justice Statistics, at https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf.

8

Wyatt Detention Center, where Mr. Johnson is detained, holds pretrial detainees for federal court. These are crowded and unsanitary conditions not dissimilar to a cruise ship[20] or nursing home[21] – places where the virus has run rampant. The facility is an environment in which the COVID-19 virus can easily gain a foothold and, when it does, spread rapidly jeopardizing the life and safety of the Defendant. See "We're Left For Dead": Fears of Virus Catastrophe at Ryker's Jail, NY Time (March 30, 2020)(167 inmates and 137 staff infected) https://www.nytimes.com/2020/03/30/nyregion/coronavirus-rikers-nyc-jail.html

According to public health experts, incarcerated individuals "are at special risk of infection, given their living situations," and "may also be less able to participate in proactive measures to keep themselves safe;" "infection control is challenging in these settings."[22] Medical professionals behind bars are sounding the alarm as well. *See* Craig McCarthy, *Top Rikers Doctor: Coronavirus 'Storm is Coming,'* N.Y. Post (Mar. 19, 2020) ("[W]e cannot change the fundamental nature of jail. We cannot socially distance dozens of elderly men

---

[20] Center for Disease Control & Prevention, COVID-19 and Cruise Ship Travel (last accessed March 21, 2020) https://wwwnc.cdc.gov/travel/notices/warning/coronavirus-cruise-ship.

[21] Los Angeles Times, Seattle-Area Nursing Home Deaths Jump to 13 with COVID-19 and 11 of Unknown Causes, https://www.latimes.com/world-nation/story/2020-03-07/nursing-home-coronavirus-deaths.

[22] "Achieving A Fair And Effective COVID-19 Response: An Open Letter to Vice-President Mike Pence, and Other Federal, State, and Local Leaders from Public Health and Legal Experts in the United States," (March 2, 2020), at https://bit.ly/2W9V6oS.

living in a dorm, sharing a bathroom. Think of a cruise ship recklessly boarding more passengers each day. . . .Please let as many out as you possibly can."). *See also* Jennifer Grannerman, *A Rikers Island Doctor Speaks Out to Save Her Elderly Patients from the Cornoavirus*, The New Yorker (Mar. 20, 2020).

In China, officials have confirmed that the coronavirus spread at a rapid pace in Chinese prisons.[23] Courts across Iran have granted 54,000 inmates furlough as part of the measures to contain coronavirus across the country.[24] In the U.S., steps are already being taken in some jurisdictions to facilitate the release of elderly and sick prisoners and to reduce jail populations by discouraging the admission of individuals arrested on non-violent misdemeanor charges. This is happening in Massachusetts as well as elsewhere. *See Citing Risk of Coronavirus Spread, DA Rollins Seeks Release of Many Suspects From Custody*," WCVB Channel 5 (Mar. 20, 2020) available at https://www.wcvb.com/article/citing-risk-of-coronavirus-spread-da-rollins-seeks-release-of-many-suspects-from-custody/31781799#. See Zusha Ellison and Deanna Paula, *Jails Release prisoners Fearing Corona Virus Outbreak, Wall Street Journal* (March 22, 2020).

Federal Courts, Massachusetts included, have recognized the risk and followed suit even when the inmate may present some danger to the community.

---

[23] Rhea Mahbubani, *Chinese Jails Have Become Hotbeds of Coronavirus As More Than 500 Cases Have Erupted, Prompting the Ouster of Several Officials*, Business Insider (Feb. 21, 2020) at https://www.businessinsider.com/500-coronavirus-cases-reported-in-jails-in-china-2020-2.

[24] *Coronavirus: Iran Temporarily frees 54,000 prisoners to combat spread,* BBC News, (Mar. 3, 2020) https://www.bbc.com/news/world-middle-east-51723398.

*See, e.g,,* United *States v. Matthaei*, ECF No. 30, Case No. 1:19-cr-243-BLW (D. Idaho Mar. 16, 2020) (extending self-surrender date by 90 days in light of COVID-19); *United States v. Barkman*, 2020 U.S. Dist. LEXIS 45628 (D. Nev. Mar. 17, 2020) (suspending intermittent confinement order because "we must take every necessary action to protect vulnerable populations and the community at large"); *In re Manrigue*, 2020 WL 1307109 (N.D. Cal. Mar. 19, 2020) ("The risk that this vulnerable person will contract COVID-19 while in jail is a special circumstance that warrants bail."); *United States v. Stephens*, 2020 WL 1295155 (S.D.N.Y. Mar. 19, 2020) (granting release based on the "unprecedented and extraordinarily dangerous nature of the COVID-19 pandemic" which places inmates, in particular, at "heightened risk"); *See also United States v. Jose Perez*, Amended Order, No. 19-cr-00297-PAE (S.D.N.Y. Mar. 19, 2020) (ECF No. 62) (ordering defendant's temporary release from custody "based on the unique confluence of serious health issues and other risk factors facing this defendant, including but not limited to the defendant's serious progressive lung disease and other significant health issues, which place him at a substantially heightened risk of dangerous complications should be contract COVID-19 as compared to most other individuals."); *United States v. Jaffee*, No. 19-cr-88 (D.D.C. Mar. 26, 2020) (releasing defendant with criminal history in gun & drug case, citing "palpable" risk of spread in jail and "real" risk of "overburdening the jail's healthcare resources"; "the Court is . . . convinced that incarcerating the defendant while the current COVID-19 crisis continues to expand poses a greater risk to community safety than posed by Defendant's release to home confinement"); *United States v Garlock*, No. 18-CR-00418-VC-1, 2020 WL 1439980, at *1 (N.D. Cal. Mar. 25, 2020)

11

(citing "chaos" inside federal prisons in sua sponte extending time to self-surrender: "[b]y now it almost goes without saying that we should not be adding to the prison population during the COVID-19 pandemic if it can be avoided");.

As the former chief medical officer of Rikers explained, unlike free people, detainees cannot engage in "'social distancing' and 'self-quarantine' and 'flattening the curve' of the epidemic—all of these things are impossible in jails and prisons, or are made worse by the way jails and prisons are operated."[25] In light of the deadly nature of the novel virus, the only viable public health strategy available is risk mitigation. Even with the best-laid plans to address the spread of COVID-19 in detention facilities, the release of inmates who are not a high risk of danger to the public must be a key part of a risk mitigation strategy.

Thus, this Court should consider the "total harm and benefits to prisoner and society" that continued pretrial imprisonment of Mr. Johnson will yield, relative to the heightened health risks posed to him while incarcerated. *See generally United States v. D.W.*, 198 F. Supp. 3d 18, 23 (E.D.N.Y. 2016) (Weinstein, J.) (in sentencing context, observing that a trial judge "cannot close his or her

---

[25] Jennifer Gonnerman, *How Prisons and Jails can Respond to the Coronavirus*, The New Yorker, (March 14, 2020), https://www.newyorker.com/news/q-and-a/how-prisons-and-jails-can-respond-to-the-coronavirus ("it's going to be very, very difficult to deliver a standard of care either in the detection or the treatment of people who are behind bars. I just have really grave concerns"); see also Dr. Lipi Roy, *Infections And Incarceration: Why Jails And Prisons Need To Prepare For COVID-19 Now,* Forbes, (March 11, 2020), https://www.forbes.com/sites/lipiroy/2020/03/11/infections-and-incarceration-why-jails-and-prisons-need-to-prepare-for-covid-19-stat/#1fa6b08e49f3 ("Hand sanitizers, for instance, are often considered contraband . . . . Other harsh realities of jail life that prevent proper application of CDC recommendations include limited access to toilet paper and paper towels; and handcuffs prohibit the use of hands to cover one's mouth.").

12

eyes to the conditions a particular defendant . . . will necessarily experience in prison"); *Davis v. Ayala*, 135 S. Ct. 2187, 2209 (2015) (Kennedy, J., concurring) (calling for heightened judicial scrutiny of the projected impact of jail and prison conditions on a defendant); *United States v. Mateo*, 299 F. Supp. 2d 201, 212 (S.D.N.Y. 2004) (reducing sentence where defendant's pretrial conditions were "qualitatively more severe in kind and degree than the prospect of such experiences reasonably foreseeable in the ordinary case");

Wherefore, defendant moves this Court to grant his Motion for Release from Detention and release Mr. Johnson on the following conditions pursuant to 18 U.S.C. §3142 without prejudice:

1. Release to home confinement at his sister, Janell Johnson's residence in Springfield;

2. If Mr. Johnson needs medical treatment or groceries, he will need to obtain permission to leave the premises at least 48 hours in advance. If he has a health emergency, he must notify his Probation Officer as soon as practical, but no later than 24 hours after treatment.

3. Otherwise, Mr. Shelton must stay at the residence.

4. A GPS should be placed on Mr. Johnson at Probation's discretion.

                                                   SHELTON JOHNSON,
                                                   by his attorney,

/s/ James Budreau
James Budreau
BBO #553391
Bassil & Budreau
20 Park Plaza Suite 1005
Boston, MA 02116
(617)276-7385 (cell)
Jamesbudreau@gmail.com

CERTIFICATE OF SERVICE

I, James Budreau certify that a copy of this Motion was served on all registered parties through the electronic ECF system on this 13th day of April 2020.  Paper copies were served on all nonregistered parties: None.

/s/ James Budreau
JAMES BUDREAU

14