UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**

v.

**SHELTON JOHNSON,**
        Defendant.

No. 19-10459-RWZ

## SHELTON JOHNSON'S APPEAL OF MAGISTRATE JUDGE'S DETENTION ORDER

Now Comes defendant, Shelton Johnson, who hereby appeals the Magistrate Judge's order dated April 14, 2020 (Docket 724) detaining defendant for the reasons outlined in his April 13th Motion for Release from Detention (Docket 713). Mr. Johnson moves this Court for a hearing at a time mutually convenient for all the parties.

        SHELTON JOHNSON,
        by his attorney,

        /s/ James Budreau
        James Budreau
        BBO #553391
        Bassil & Budreau
        20 Park Plaza Suite 1005
        Boston, MA 02116
        (617)276-7385 (cell)
        Jamesbudreau@gmail.com

## CERTIFICATE OF SERVICE

    I, James Budreau certify that a copy of this Motion was served on all registered parties through the electronic ECF system on this 22nd day of April 2020. Paper copies were served on all nonregistered parties: None.

        /s/ James Budreau
        JAMES BUDREAU