UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA,**

    v.

**SHELTON JOHNSON,**
          Defendant.

No. 19-10459-RWZ

## SHELTON JOHNSON'S MOTION FOR LEAVE TO JOIN MOTION TO COMPEL PARTICULARIZED SHOWING

Now Comes defendant, Shelton Johnson, who moves this Court for leave to Join Defendants' Motion to Compel the Government to Make a Particularized Showing of Good Cause for Protective Order in Compliance with the Court's Order. See Docket No. 948.

                        SHELTON JOHNSON,
                        by his attorney,

                        /s/ James Budreau
                        James Budreau
                        BBO #553391
                        Bassil & Budreau
                        20 Park Plaza Suite 1005
                        Boston, MA 02116
                        (617)276-7385 (cell)
                        Jamesbudreau@gmail.com

CERTIFICATE OF SERVICE

    I, James Budreau certify that a copy of this Motion was served on all registered parties through the electronic ECF system on this 24th day of June 2020. Paper copies were served on all nonregistered parties: None.

                    /s/ James Budreau
                    JAMES BUDREAU