UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 19-CR-10459-RWZ

UNITED STATES

v.

SHELTON JOHNSON

ORDER

July 7, 2020

ZOBEL, S.D.J.

Shelton Johnson is charged with conspiracy to conduct enterprise affairs through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d). The Magistrate Judge ordered him detained on December 17, 2019. He then filed a new motion for release based on changed circumstances, which the Magistrate Judge denied on April 4, 2020. He appeals that denial.

The review of a Magistrate Judge's detention decision is de novo. See United States v. Tortora, 922 F.2d 880, 883 n.4 (1st Cir.1990).   When the government seeks pretrial detention on the grounds that no condition or combination of conditions will reasonably assure the safety of the community, it must prove this fact by clear and convincing evidence. See 18 U.S.C. § 3142(f).

According to the evidence before the Magistrate Judge, the defendant participated in a June 2019 shooting at "Victim 9," who, fortunately, was not injured. Agent Michael Alvarado testified at the hearing that Mr. Johnson and his co-

1

conspirators were recorded discussing the shooting after its occurrence.  In that recording, it is clear that defendant was not the shooter, but he did suggest the use of his girlfriend's car to do the deed.  Additional evidence showed that defendant participated in a beating of rogue gang members and a street brawl with rival gang members.  While the criminal history reviewed by the Magistrate Judge contains mainly drug offenses, defendant recently pled guilty to larceny from a person, which, the agent testified, was perpetrated with other purported gang members.

The defendant also argues he should be released because he tested positive for COVID-19 at the Wyatt Detention Facility on May 13, 2020.  It is unclear what, if any, symptoms he had, how sick he was, or what his current condition is.  Without this information, Mr. Johnson's situation does not merit release, given that he has not shown any actual illness or particularized condition that makes him especially vulnerable to the virus.  In addition, reasonable measures have been taken at Wyatt Detention Facility to protect all detainees from infection.  Considering all the facts in this case, testing positive for COVID-19 is outweighed by the danger to the community posed by defendant.

The motion to revoke the detention order (Docket # 770) is therefore DENIED.  Should defendant's medical condition seriously deteriorate, he may renew his request for release.

| | |
|---|---|
| ___July 7, 2020___ | _____ |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |

2